IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOANN FLETCHER, | ) | CASE NO. 1:20-cv-00105 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL AND** |
| KINETICO INC., | ) | **APPROVING SETTLEMENT** |
| | ) | |
| Defendant. | ) | |

THIS CAUSE having come before the Court on the Joint Motion for Approval of Confidential Settlement and Stipulation of Dismissal with Prejudice as to Plaintiff's Complaint, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1.　The Court hereby accepts and approves the proposed settlement and holds that the proposed settlement submitted by the Parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and Ohio Minimum Fair Wage Standards Act;

2.　The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement;

3.　The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorneys' fees and costs except as otherwise provide by the Settlement. All pending deadlines are stricken as moot. The Court shall retain jurisdiction to enforce the Parties' Settlement.

ORDERED this  2nd       day of   September, 2020.

　　　　　　　　　　　　　　　　　　　　　　 s/  James S. Gwin
　　　　　　　　　　　　　　　　　　　　　　JUDGE JAMES S. GWIN